UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DAVID C. DRUMMOND,    )
             )
    Plaintiff,    )
             )
v.            )  **JUDGMENT**
             )
             )  No. 4:15-CV-110-FL
RAY MABUS, Secretary of the U.S. )
Department of the Navy,    )
             )
    Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss, or in the alternative for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 15, 2016, and for the reasons set forth more specifically therein, that the court grants defendant's motion to dismiss plaintiff's retaliation claim, and grants defendant's alternative motion for summary judgment for plaintiff's remaining claim. Specifically, the court dismisses with prejudice for lack of subject matter jurisdiction and for failure to state a claim plaintiff's retaliation claim and grants summary judgment in defendant's favor on plaintiff's claim for race and sex discrimination.

<u>**This Judgment Filed and Entered on September 15, 2016, and Copies To:**</u>
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
David C. Drummond (via U.S. Mail) 221 Sanders Lane, Havelock, NC 28532

September 15, 2016     JULIE RICHARDS JOHNSTON, CLERK
              /s/ Christa N. Baker
             (By) Christa N. Baker, Deputy Clerk